1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,            )  No. CR 15-00365  BLF
                                        )
14         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )  REQUESTING A CONTINUANCE OF THE
15     v.                               )  RESTITUTION HEARING
                                        )
16 NIMA KALBASI,                        )
                                        )
           Defendant.                   )  SAN JOSE VENUE
17                                      )
                                        )
18

19     The parties respectfully request that the restitution hearing scheduled for September 5, 2017 be

20 continued to October 24, 2017.  The reason for the continuance is to provide additional time to defense

21 counsel to respond to the government's August 30, 2017 filing.  In the filing, the government explained

22 that it had changed its position regarding the inclusion of Tesla (the victim corporation's) attorney's fees

23 in the restitution order and provided additional information about Tesla's employee costs.  Defense

24 counsel needs to evaluate the information and respond.  The government has notified Telsa's counsel

25 about the continuance.

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
CR 15-00365 BLF

SO STIPULATED:

DATED: September 1, 2017

BRIAN J. STRETCH
United States Attorney

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: September 1, 2017

/s/
DANIEL BARTON
Counsel for Mr. Kalbasi

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the restitution hearing in *United States v. Kalbasi* be continued from September 5, 2017 to October 24, 2017.

SO ORDERED.

DATED:

HONORABLE BETH LABSON FREEMAN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 15-00365 BLF