08:24:06

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4

5

6   UNITED STATES OF AMERICA,    )  CR-15-00365-BLF
                          )

7           PLAINTIFF,   )  SAN JOSE, CALIFORNIA
                          )

8         VS.          )  JUNE 20, 2017
                          )

9   KALBASI,           )  PAGES 1-37
                          )

10          DEFENDANT    )
                          )

11  _____  )

12          TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE BETH LABSON FREEMAN

13        UNITED STATES DISTRICT JUDGE

14

15  A P P E A R A N C E S:

16  FOR THE PLAINTIFF:    BY:  SUSAN FRANCES KNIGHT
                   U.S. ATTORNEY'S OFFICE

17                 150 ALMADEN BLVD., SUITE 900
                 SAN JOSE, CA 95113

18

19  FOR THE DEFENDANT:    BY:  DANIEL LEE BARTON
                   NOLAN BARTON BRADFORD & OLMOS, LLP

20                 600 UNIVERSITY AVE.
                 PALO ALTO, CA 94301

21

22       APPEARANCES CONTINUED ON NEXT PAGE

23  OFFICIAL COURT REPORTER:   SUMMER FISHER, CSR, CRR
                       CERTIFICATE NUMBER 13185

24

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
       TRANSCRIPT PRODUCED WITH COMPUTER

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JUNE 20, 2017 |
| | 2 | P R O C E E D I N G S |
| | 3 | (COURT CONVENED AT 8:31 A.M.) |
| 08:31:07 | 4 | THE COURT:  ALL RIGHT.  LET'S CALL OUR FIRST CASE. |
| 08:31:09 | 5 | THE CLERK:  CALLING CASE 15-365.  UNITED STATES V. |
| 08:31:15 | 6 | NIMA KALBASI. |
| 08:31:18 | 7 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 08:31:18 | 8 | MS. KNIGHT:  GOOD MORNING, YOUR HONOR. |
| 08:31:19 | 9 | SUSAN KNIGHT FOR THE UNITED STATES. |
| 08:31:21 | 10 | THE COURT:  HELLO, MS. KNIGHT. |
| 08:31:22 | 11 | PROBATION OFFICER:  GOOD MORNING, YOUR HONOR. |
| 08:31:24 | 12 | INDIANA ALBANES WITH PROBATION. |
| 08:31:25 | 13 | THE COURT:  GOOD MORNING. |
| 08:31:26 | 14 | MR. BARTON:  DAN BARTON APPEARING WITH MR. KALBASI |
| 08:31:28 | 15 | WHO IS PRESENT IN COURT OUT OF CUSTODY. |
| 08:31:30 | 16 | GOOD MORNING, YOUR HONOR. |
| 08:31:31 | 17 | THE COURT:  GOOD MORNING. |
| 08:31:32 | 18 | GOOD MORNING, MR. KALBASI. |
| 08:31:33 | 19 | THE DEFENDANT:  GOOD MORNING. |
| 08:31:33 | 20 | THE COURT:  ALL RIGHT.  THIS IS THE TIME SET FOR |
| 08:31:40 | 21 | SENTENCING. |
| 08:31:40 | 22 | BEFORE WE GET STARTED FORMALLY, WE HAVE A NUMBER OF THINGS |
| 08:31:43 | 23 | TO GO OVER.  MS. KNIGHT, ARE WE GOING TO BE DEALING WITH THE |
| 08:31:46 | 24 | RESTITUTION ISSUE TODAY? |
| 08:31:47 | 25 | MS. KNIGHT:  YOUR HONOR, I FILED SOMETHING BRIEF LAST |

08:31:49  1    NIGHT ABOUT CONTINUING IT FOR 90 DAYS IN ORDER FOR THE PARTIES

08:31:52  2    TO FURTHER EXPLORE THE INVESTIGATION COST TO TESLA.

08:31:56  3        AS WE SAID IN OUR MEMO, WE DON'T BELIEVE THAT COLLATERAL

08:32:01  4    ESTOPPEL APPLIES IN THIS MATTER, BUT IF THE COURT WISHES

08:32:04  5    FURTHER BRIEFING, WE CAN DO THAT.

08:32:06  6        THE COURT:  I APPRECIATE THAT AND IT'S A BIG ISSUE,

08:32:10  7    SO I PROBABLY WOULD LIKE SOME FURTHER BRIEFING.  AND THE

08:32:14  8    GOVERNMENT IS NOT REQUESTING THE FULL AMOUNT THAT TESLA HAS

08:32:18  9    ITEMIZED?

08:32:19  10   MS. KNIGHT:  THAT'S CORRECT, YOUR HONOR.

08:32:21  11       ALTHOUGH TESLA BELIEVES THEY ARE ENTITLED TO THE FULL

08:32:24  12   AMOUNT, THE GOVERNMENT TOOK A CLOSER LOOK AT THE ISSUE AND

08:32:27  13   BELIEVES THAT THE ATTORNEY'S FEES SHOULD NOT BE INCLUDED.

08:32:32  14       THE COURT:  AND I NEED TO UNDERSTAND THAT.

08:32:34  15       AND IS THERE SOMEONE FROM TESLA TODAY?

08:32:36  16       MS. KNIGHT:  YES, CANDACE JACKMAN IS IN THE COURTROOM

08:32:39  17   AND WISHES TO MAKE A BRIEF STATEMENT.

08:32:40  18       THE COURT:  GOOD MORNING, MS. JACKSON.

08:32:42  19       AND THE COURT WELCOMES ANY VICTIM TO MAKE A STATEMENT TO

08:32:44  20   THE COURT AND ACKNOWLEDGE ON THE RECORD THAT YOU ARE HERE.  AND

08:32:47  21   AS I GO THROUGH, I CERTAINLY WILL WANT TO HEAR FROM YOU THIS

08:32:50  22   MORNING.  SO THANK YOU FOR BEING HERE.

08:32:52  23       ALL RIGHT THEN.  WITH THAT, WHY DON'T WE GET STARTED.  SO

08:32:59  24   IT IS THE DESIRE OF THE PARTIES THAT I PRONOUNCE SENTENCE TODAY

08:33:03  25   AND EXCLUDE THE RESTITUTION TO A SEPARATE HEARING; IS THAT

08:33:08  1    CORRECT?

08:33:08  2            MR. BARTON:  I HAVE NO OBJECTION TO THAT, YOUR HONOR.

08:33:09  3            THE COURT:  OKAY.  THANK YOU, MR. BARTON.

08:33:11  4        AND MR. KALBASI DOESN'T ACTUALLY LIVE LOCALLY?

08:33:14  5            MR. BARTON:  HE LIVES IN TORONTO, YOUR HONOR.

08:33:16  6            THE COURT:  SO HE WILL RETURN WHEN WE HAVE A HEARING

08:33:18  7    ON THE RESTITUTION ISSUE IN 90 DAYS OR WHENEVER WE SCHEDULE IT?

08:33:22  8            MR. BARTON:  HE CAN, OR PERHAPS WE CAN WAIVE HIS

08:33:27  9    PRESENCE, DEPENDING ON HOW THE COURT WANTS TO HANDLE IT, OR WE

08:33:31  10   CAN HAVE HIM APPEAR TELEPHONICALLY.

08:33:34  11           THE COURT:  I'M AMENABLE TO ANY OF THOSE

08:33:35  12   POSSIBILITIES.  I DO NOT THINK HE PERSONALLY NEEDS TO BE HERE,

08:33:38  13   BUT I WILL LET YOU SEE HOW THAT DEVELOPS.

08:33:40  14           MR. BARTON:  THANK YOU.

08:33:41  15           THE COURT:  OKAY.  ALL RIGHT.  THEN LET ME GO

08:33:46  16   FORWARD.

08:33:46  17       LET ME SAY THAT -- WELL, FIRST OF ALL, HAVE BOTH ATTORNEYS

08:33:50  18   RECEIVED A COPY OF THE PRESENTENCE REPORT?

08:33:52  19           MS. KNIGHT:  YES, YOUR HONOR.

08:33:53  20           MR. BARTON:  YES, YOUR HONOR.

08:33:55  21           THE COURT:  ALL RIGHT.  AND ARE THERE ANY OTHER

08:33:56  22   DOCUMENTS TO SUBMIT TO THE COURT THAT I HAVEN'T ALREADY

08:33:59  23   RECEIVED?

08:33:59  24           MS. KNIGHT:  NO, YOUR HONOR.

08:34:00  25           MR. BARTON:  NO, YOUR HONOR.

08:34:00  1         THE COURT:  OKAY.  I DID RECEIVE THE STATEMENT FROM

08:34:02  2    TESLA AND I DID RECEIVE THE SENTENCING MEMORANDA, AND

08:34:12  3    MR. BARTON DID PROVIDE TO ME SIGNIFICANT ADDITIONAL

08:34:15  4    DOCUMENTATION, WHICH I GREATLY APPRECIATE.  AND DOES THE

08:34:19  5    PROBATION OFFICER'S REPORT REFLECT ALL OF THE MODIFICATIONS

08:34:23  6    THAT WERE REQUESTED BY THE PARTIES THAT WERE, THAT PROBATION

08:34:26  7    AGREED TO?

08:34:27  8         MR. BARTON:  YES, YOUR HONOR.

08:34:29  9         THE COURT:  OKAY.  ALL RIGHT.

08:34:31  10        MS. KNIGHT, DOES THE UNITED STATES ATTORNEY HAVE ANY

08:34:33  11   WITNESSES?

08:34:34  12        MS. KNIGHT:  NO, YOUR HONOR.  WE ONLY HAVE THE VICTIM

08:34:37  13   STATEMENT THIS MORNING.

08:34:38  14        THE COURT:  OKAY.  AND MR. BARTON, DO YOU HAVE ANY

08:34:40  15   WITNESSES TODAY?

08:34:41  16        MR. BARTON:  NO, BUT MR. KALBASI DOES WANT TO ADDRESS

08:34:43  17   THE COURT.

08:34:44  18        THE COURT:  OKAY.

08:34:47  19        ALL RIGHT.  AND AT THIS POINT, WE ARE NOT LOOKING AT AN

08:34:51  20   EVIDENTIARY HEARING THIS MORNING.  I GUESS POTENTIALLY ON

08:34:54  21   RESTITUTION, WE MAY NEED TO LOOK AT THAT?

08:34:57  22        MR. BARTON:  CORRECT.

08:34:58  23        MS. KNIGHT:  YES.

08:34:58  24        THE COURT:  OKAY.  THAT'S FINE.

08:35:04  25        ALL RIGHT.  AND MR. BARTON, IS ARRAIGNMENT FOR JUDGMENT

08:35:06  1    WAIVED?

08:35:07  2              MR. BARTON:  YES, YOUR HONOR.  SO WAIVED.

08:35:09  3              THE COURT:  MR. KALBASI, HAVE YOU READ AND DISCUSSED

08:35:10  4    THE PRESENTENCE REPORT WITH YOUR ATTORNEY?

08:35:13  5              THE DEFENDANT:  YES, YOUR HONOR.

08:35:13  6              THE COURT:  ALL RIGHT.  AND YOU KNOW WHAT YOU HAVE

08:35:16  7    BEEN CONVICTED OF?

08:35:17  8              MR. BARTON:  YES, YOUR HONOR.

08:35:18  9              THE COURT:  ALL RIGHT.  LET ME JUST GO THROUGH THAT.

08:35:20  10       YOU PLED GUILTY AND WERE CONVICTED OF COUNT 3, COMPUTER

08:35:24  11   INTRUSION IN VIOLATION OF 18 U.S. CODE SECTION 1030 SUBDIVISION

08:35:32  12   (A)(2)(C), A MISDEMEANOR.

08:35:32  13       THE CRIME CARRIES A MAXIMUM PRISON TERM OF ONE YEAR, A

08:35:36  14   MAXIMUM FINE OF $100,000, OR TWICE THE GAIN OR LOSS, WHICHEVER

08:35:41  15   IS GREATER; MAXIMUM SUPERVISED RELEASE OF ONE YEAR, AND A

08:35:44  16   MANDATORY SPECIAL ASSESSMENT OF $25.  VICTIM RESTITUTION IS

08:35:49  17   ALSO REQUIRED.

08:35:52  18       I HAVE CALCULATED THE GUIDELINE RANGE, THE BASE OFFENSE

08:35:56  19   LEVEL IS 6, THERE IS AN INCREASE OF PLUS SIX FOR THE VALUE OF

08:36:01  20   THE LOSS.  THERE IS A DECREASE OF NEGATIVE 2 FOR ACCEPTANCE OF

08:36:06  21   RESPONSIBILITY, FOR AN ADJUSTED OFFENSE LEVEL OF 10.

08:36:08  22       YOUR CRIMINAL HISTORY HAS BEEN DETERMINED TO BE ONE BASED

08:36:12  23   UPON YOUR PRIOR RECORD.

08:36:14  24       MR. BARTON, IS THERE ANY OBJECTION TO THE GUIDELINE

08:36:17  25   CALCULATION?

08:36:18   1          MR. BARTON:  NO, YOUR HONOR.

08:36:20   2          THE COURT:  MS. KNIGHT, ANY OBJECTION?

08:36:21   3          MS. KNIGHT:  NO, YOUR HONOR.

08:36:22   4          THE COURT:  ALL RIGHT.

08:36:22   5       MR. KALBASI ENTERED A PLEA PURSUANT TO RULE 11 (C)(1)(A)

08:36:27   6   AND (B), AND THUS, MAY NOT WITHDRAW HIS PLEA BASED UPON THE

08:36:30   7   COURT'S SENTENCE; IS THAT CORRECT?

08:36:31   8          MR. BARTON:  YES.

08:36:32   9          THE COURT:  ALL RIGHT.

08:36:34  10       I HAVE CONSIDERED THE FINDINGS AND CALCULATIONS IN THE

08:36:37  11   PRESENTENCE REPORT, AND I CALCULATE THE ADVISORY GUIDELINE

08:36:42  12   RANGE TO BE 6 TO 12 MONTHS; SUPERVISED RELEASE OF ONE YEAR; A

08:36:46  13   FINE RANGE OF $2,000 TO $20,000; A SPECIAL ASSESSMENT OF $25,

08:36:51  14   AND VICTIM RESTITUTION.

08:36:54  15       ANY OBJECTIONS TO THAT CALCULATION?

08:36:55  16          MS. KNIGHT:  NO, YOUR HONOR.

08:36:56  17          MR. BARTON:  NO, YOUR HONOR.

08:36:57  18          THE COURT:  ALL RIGHT.

08:37:02  19       I WANT TO HEAR -- I THINK PERHAPS FIRST I WOULD LIKE TO

08:37:04  20   HEAR FROM TESLA, AND THEN I WOULD LIKE TO HEAR FROM COUNSEL ON

08:37:07  21   YOUR POSITIONS.

08:37:09  22          MS. KNIGHT:  OKAY.

08:37:14  23          THE COURT:  GOOD MORNING.  WOULD YOU STATE YOUR NAME

08:37:17  24   AGAIN.

08:37:17  25          MS. JACKMAN:  YES.  CANDACE JACKMAN, LITIGATION

08:37:20   1      COUNSEL WITH TESLA.

08:37:21   2              THE COURT:  GOOD MORNING.

08:37:22   3              MS. JACKMAN:  AND THANK YOU VERY MUCH FOR THE

08:37:23   4      OPPORTUNITY TO TALK ABOUT THE LOSS THAT THE DEFENDANT INFLICTED

08:37:26   5      ON TESLA.

08:37:28   6              NIMA KALBASI WAS A WELL COMPENSATED ENGINEER FOR TESLA AND

08:37:31   7      HE OCCUPIED A POSITION OF TRUST THAT GAVE HIM ACCESS TO

08:37:35   8      LITERALLY TROVES OF CONFIDENTIAL INFORMATION OF TESLA'S.

08:37:38   9              AS WE WOULD LATER DISCOVER, HE ABUSED THAT TRUST WHILE AT

08:37:42  10      TESLA, TAKING PICTURES OF OUR CAD DESIGNS ON HIS PHONE,

08:37:46  11      INCLUDING IMAGES OF OUR MODEL X WHICH WAS OUR HIGHLY

08:37:50  12      ANTICIPATED, AND AT THAT TIME, UNRELEASED VEHICLE THAT HAD NOT

08:37:53  13      BEEN SOLD TO THE PUBLIC.

08:37:54  14              HE WENT EVEN FURTHER AFTER HIS EMPLOYMENT ENDED, HE STOLE

08:37:57  15      HIS FORMER MANAGER'S LOGIN CREDENTIALS AND HE HACKED INTO OUR

08:38:03  16      SYSTEM'S REMOTELY.  HE REVIEWED HIS FORMER MANAGER'S E-MAIL AND

08:38:07  17      DOWNLOADED FROM OUR SERVERS, AMONG OTHER THINGS, HIGHLY

08:38:10  18      SENSITIVE, PERSONAL EMPLOYEE EVALUATIONS, HIGHLY CONFIDENTIAL

08:38:13  19      REPORTS ABOUT CUSTOMER ISSUES, AND OTHER DATA.

08:38:17  20              AFTER STEALING OUR CONFIDENTIAL INFORMATION, HE WENT

08:38:20  21      FURTHER AND DISSEMINATED IT TO VARIOUS SOURCES.  HE SENT

08:38:24  22      CONFIDENTIAL EMPLOYEE EVALUATIONS TO THE TESLA EMPLOYEES WHO

08:38:27  23      WERE NOT PRIVY TO THE CONTENTS OF THE EVALUATIONS.  HE POSTED

08:38:30  24      TESLA'S CONFIDENTIAL CAD DESIGNS, THE LITERAL ENGINEERING

08:38:34  25      DRAWINGS, ON A PUBLIC INTERNET FORUM, AND ASKED FORUM POSTERS

08:38:37  1    IF THEY HAD ANY QUESTIONS FOR HIM.

08:38:39  2         MR. KALBASI ALSO SHARED PICTURES OF THE MODEL X PROTOTYPE,

08:38:43  3    HIGHLY CONFIDENTIAL, WITH HIS FRIENDS AND FAMILY MEMBERS.

08:38:46  4         FINALLY, HE POSTED REPORTS ABOUT CUSTOMER ISSUES AS WELL

08:38:50  5    AS PHOTOGRAPHS THAT HE TOOK FROM INSIDE OF TESLA'S FACTORY

08:38:53  6    WHICH IS A STRICTLY NO PHOTOGRAPHS, HIGHLY SENSITIVE AREA.

08:38:58  7         AFTER OUR INTERNAL INVESTIGATION POINTED TO MR. KALBASI,

08:39:02  8    WE WERE FORCED TO EXPEND ENORMOUS SUMS TO CONFIRM THE IDENTITY

08:39:05  9    OF THE SUSPECT AND TO DISCOVER THE FULL EXTENT OF HIS

08:39:09  10   WRONGDOING, AND FURTHER, TO PREVENT MORE HARM TO US.

08:39:12  11        WE RETAINED CANADIAN COUNSEL AND FILED A STATEMENT OF

08:39:15  12   CLAIM IN CANADIAN COURTS WHICH IS A PRECURSOR THAT LET US TAKE

08:39:20  13   ADVANTAGE OF A DEVICE, IT'S LIKE A CIVIL WARRANT THAT LETS YOU

08:39:23  14   FIND ADDITIONAL INFORMATION WITH COURT'S BLESSING, WITH

08:39:25  15   AUDITORS, AND WITH BASICALLY A COURT REPRESENTATIVE THERE.

08:39:31  16        THAT AUTHORIZED THE SEARCH OF MR. KALBASI'S DIGITAL

08:39:34  17   DEVICES, HIS WORKPLACE, AND A SEARCH OF HIS E-MAIL ACCOUNTS

08:39:37  18   THAT HE USED TO PERPETRATE THE CRIMES.

08:39:40  19        THESE STRETCHES COST US TREMENDOUS SUMS AND WERE

08:39:43  20   ABSOLUTELY NECESSARY TO CONFIRMING HIS IDENTITY TO FIGURING OUT

08:39:47  21   EXACTLY WHAT HE HAD DONE WRONG, AND AGAIN, PREVENTS HIM FROM

08:39:52  22   INFLICTING FURTHER HARM ON TESLA.

08:39:55  23        THE CANADIAN ORDER AUTHORIZED AN INDEPENDENT SOLICITOR,

08:39:56  24   AUDITORS AND A PRIVATE INVESTIGATOR AND AS WELL AS TESLA'S

08:39:58  25   LEGAL COUNSEL, TO PARTICIPATE IN THE EXECUTION OF THE SEARCH.

08:40:01  1          THE ORDER ALSO OBLIGATED MR. KALBASI TO HELP US OUT TO

08:40:08  2     FIGURE OUT WHERE THE DOCUMENTS WERE, TO IDENTIFY THE DOCUMENTS,

08:40:10  3     TO GIVE US HIS LOGINS AND CREDENTIALS, AND TO HELP US TRACE ALL

08:40:14  4     THE EXTENT OF HIS WRONGDOING.

08:40:16  5          AT TESLA'S SOLE EXPENSE, OUR AUDITORS, THE INDEPENDENT

08:40:20  6     SOLICITOR, AND OUR LEGAL COUNSEL EXECUTED THE CIVIL SEARCH

08:40:24  7     WARRANT, ALSO CALLED AN ANTON PILLER ORDER, AND DISCOVERED SOME

08:40:27  8     OF THE INFORMATION ABOUT HIS WRONGDOING.

08:40:30  9          BUT NOT ALL OF IT WAS DISCOVERED AT FIRST, BECAUSE

08:40:33  10    MR. KALBASI OBSTRUCTED US.  HE TOLD US HE ONLY HAD A FEW E-MAIL

08:40:38  11    ACCOUNTS, HE ONLY IDENTIFIED ONE COMPUTER THAT ULTIMATELY

08:40:41  12    WASN'T EVEN HIS, AND OUR AUDITORS DETERMINED BY LOOKING AT

08:40:44  13    VARIOUS OTHER E-MAILS, PUTTING PIECES TOGETHER, THERE WERE MORE

08:40:50  14    COMPUTERS, THERE WERE MORE E-MAIL ADDRESSES, THERE WERE MORE

08:40:52  15    DEVICES THAT HE HAD USED TO PERPETRATE THE CRIMES.

08:40:57  16         OUR AUDITORS ALSO FOUND EVIDENCE THAT HE HAD DELETED TESLA

08:41:01  17    RELATED E-MAILS FROM HIS E-MAIL ACCOUNTS.  AND ALL OF THIS WAS

08:41:04  18    IN VIOLATION OF A CANADIAN COURT ORDER THAT REQUIRED HIM TO

08:41:08  19    HELP.

08:41:08  20         MR. KALBASI ALSO OBSTRUCTED OUR INVESTIGATION IN OTHER

08:41:10  21    WAYS.  HE REFUSED TO GIVE US THE COURTESY EVEN OF AN EXTENSION

08:41:14  22    OF TIME TO FINISH INSPECTING HIS CELL PHONE WHEN WE NEEDED A

08:41:18  23    COUPLE MORE DAYS.  WE HAD TO RUN TO COURT, ASK THE COURT FOR

08:41:21  24    MORE TIME SO THAT OUR AUDITORS COULD IMAGE THE CELL PHONE.

08:41:25  25         LATER WHEN HE ANSWERED QUESTIONS TO THE INDEPENDENT

08:41:28  1    SOLICITOR AND OUR COUNSEL, HE JUST GAVE CONFLICTING AND

08:41:32  2    ULTIMATELY NOT CREDIBLE ACCOUNTS OF WHY HE HAD MISLEAD US OF

08:41:37  3    ALL THE SOURCES OF INFORMATION.

08:41:38  4        MR. KALBASI'S CRIMES CAUSED PECUNIARY HARM, AND HIS

08:41:42  5    OBSTRUCTION REALLY FORCED US TO MULTIPLY OUR COSTS IN FIGURING

08:41:46  6    OUT WHO HAD DONE THIS, WHAT EXACTLY HAD HAPPENED, WHAT WAS OUT

08:41:51  7    THERE, AND HOW WE COULD PROTECT OURSELVES FROM FURTHER

08:41:53  8    DISSEMINATION OF OUR INFORMATION ONLINE.

08:41:55  9        AND THOSE COSTS, AS DETAILED IN OUR VICTIM'S IMPACT

08:41:57  10   STATEMENT, TOTALLED NEARLY $300,000.

08:42:00  11       THEY INCLUDED OUR FORENSIC INVESTIGATION COSTS BY ERNST &

08:42:03  12   YOUNG, $66,000.

08:42:06  13       IN INDEPENDENT SUPERVISING SOLICITOR, ANOTHER $50,000.

08:42:10  14       OUR OWN PRIVATE LAW FIRM, $153,000.

08:42:13  15       PRIVATE INVESTIGATOR, TO THE TUNE OF $18,000.

08:42:16  16       AS WELL AS TESLA'S INFORMATION SECURITY EMPLOYEE

08:42:19  17   DEPARTMENT'S OWN TIME SPENT ON THIS, WHICH TOTALS ABOUT

08:42:23  18   $20,000.

08:42:23  19       ALL OF THESE COSTS WERE DIRECTLY AND APPROXIMATELY AND

08:42:28  20   FORESEEABLY CAUSED BY WHAT MR. KALBASI DID, AND WE DO BELIEVE

08:42:32  21   THAT ALL OF THE COSTS, INCLUDING OUR PRIVATE COUNSEL FEES, ARE

08:42:35  22   RECOVERABLE UNDER THE NINTH CIRCUIT'S PRECEDENT.

08:42:37  23       AND WE WOULD BE HAPPY TO PARTICIPATE IN ANY EVIDENTIARY

08:42:40  24   HEARING ON THOSE ISSUES, BUT I UNDERSTAND THOSE AREN'T BEFORE

08:42:42  25   THE COURT AT THIS TIME.

08:42:45  1        AGAIN, TESLA'S ABILITY TO COMPETE DEPENDS ON PROTECTING

08:42:47  2    OUR MOST SENSITIVE INFORMATION AND PUNISHING THOSE WHO WOULD

08:42:52  3    TAKE IT AND DO US HARM, PARTICULARLY WHEN THEY DO SO FROM A

08:42:55  4    POSITION OF TRUST, AS MR. KALBASI DID.

08:42:58  5        IN LIGHT OF THE CONDUCT, WE RESPECTFULLY ASK THAT THE

08:43:01  6    COURT IMPOSE JAIL TIME AS WELL AS FULL RESTITUTION OF ALL COSTS

08:43:05  7    THAT WE INCURRED IN INVESTIGATING, RESPONDING TO AND MITIGATING

08:43:09  8    OUR HARM FROM THESE VERY SERIOUS OFFENSES.

08:43:12  9        THANK YOU.

08:43:12 10         THE COURT:  THANK YOU FOR MAKING YOUR PRESENTATION.

08:43:16 11        ALL RIGHT.  MS. KNIGHT, LET ME HEAR FROM THE GOVERNMENT

08:43:20 12    FIRST AND THEN MR. BARTON CAN ADDRESS ALL OF THE COMMENTS THAT

08:43:24 13    HAVE BEEN MADE, AND I WILL HEAR FROM MR. KALBASI.

08:43:26 14         MS. KNIGHT:  YES, YOUR HONOR.

08:43:29 15        MR. KALBASI INFLICTED SIGNIFICANT HARM ON TESLA, AND WE

08:43:34 16    BELIEVE THAT A PERIOD OF TIME OF HOME CONFINEMENT IS

08:43:40 17    APPROPRIATE.  THE GUIDELINES ARE ADJUSTED OFFENSE LEVEL 10,

08:43:45 18    WHICH YIELDS A RANGE OF 6 TO 12 MONTHS.

08:43:47 19        WE ARE ASKING FOR SIX MONTHS HOME CONFINEMENT AS A

08:43:50 20    CONDITION OF FIVE YEARS PROBATION.  WE KNOW HE LIVES IN CANADA,

08:43:53 21    BUT HE DOES HAVE A BROTHER THAT LIVES IN NEW YORK, HE COULD

08:43:57 22    LIVE WITH HIM FOR A PERIOD OF TIME.  WE BELIEVE THIS WILL SEND

08:44:00 23    A MESSAGE TO HIM THAT HIS CONDUCT IS SERIOUS.

08:44:04 24         THE COURT:  AND ON A MISDEMEANOR, I CAN IMPOSE FIVE

08:44:06 25     YEARS OF PROBATION?

08:44:07   1          MS. KNIGHT:  YES, YOU CAN.  THAT'S THE MAXIMUM AMOUNT

08:44:09   2     OF SUPERVISION.

08:44:10   3          THE COURT:  OKAY.  SO THIS WOULD BE A PROBATIONARY

08:44:13   4     SENTENCE?

08:44:13   5          MS. KNIGHT:  IT WOULD BE A PROBATIONARY SENTENCE.

08:44:15   6        THE GOVERNMENT LOOKED AT THE TOTALITY OF THE CIRCUMSTANCES

08:44:18   7     IN THIS CASE, INCLUDING THE COLLATERAL CONSEQUENCES OF THIS

08:44:22   8     OFFENSE ON MR. KALBASI, IT DOESN'T MINIMIZE THE AGGRAVATED

08:44:27   9     NATURE OF THE CONDUCT, BUT WE TOOK THAT INTO CONSIDERATION WITH

08:44:29  10     OUR RECOMMENDATION FOR A HOME CONFINEMENT SENTENCE.

08:44:35  11         SO WE WOULD SUBMIT ON THAT.

08:44:36  12          THE COURT:  OKAY.  THANK YOU.

08:44:37  13         MR. BARTON.

08:44:38  14         MR. BARTON:  THE DEFENSE CONCURS WITH THE

08:44:42  15     RECOMMENDATION OF THE PROBATION DEPARTMENT FOR A NONCUSTODIAL

08:44:47  16     SENTENCE.  AND THE REASONS FOR PROBATION'S POSITION AND THE

08:44:54  17     REASONS WHY WE CONCUR ARE SET FORTH AT LENGTH IN OUR SENTENCING

08:44:57  18     MEMORANDUM.

08:44:59  19         IN SHORT, IT IS THE NATURE OF THE CONDUCT, THERE WAS A

08:45:02  20     COMPUTER INTRUSION OF THE FORMER EMPLOYER, AND MR. KALBASI HAS

08:45:07  21     ACKNOWLEDGED THAT AND COOPERATED.

08:45:12  22         THERE'S A VERY DIFFERENT ACCOUNT OF WHAT HAPPENED IN THE

08:45:14  23     CANADIAN LITIGATION.  I WON'T GO INTO THAT IN DETAIL, BUT

08:45:21  24     MR. KALBASI DID NOT OBSTRUCT THAT, AND HE CONSENTED TO THE

08:45:24  25     JUDGMENT AND HE SIGNED AN AFFIDAVIT THAT ACKNOWLEDGED EXACTLY

08:45:28  1    WHAT HE DID, AND THE CANADIAN COUNSEL WHO REPRESENTED

08:45:37  2    MR. KALBASI IN THAT HAS PROVIDED THEIR VIEW OF WHAT HAPPENED,

08:45:42  3    WHICH INVOLVES MR. KALBASI COOPERATING 100 PERCENT WITH THE

08:45:47  4    EFFORTS BY TESLA AND TESLA LAWYERS TO GET THE INFORMATION THEY

08:45:53  5    WERE ENTITLED TO UNDER THE ANTON PILLER ORDER.

08:45:57  6         IF WE LOOK AT MR. KALBASI'S LIFE, HE HAS A LIFETIME OF

08:46:00  7    GOOD BEHAVIOR, WITH THE EXCEPTION OF THIS INCIDENT.  HE HAS AN

08:46:05  8    IMPRESSIVE STORY OF OVERCOMING INCREDIBLE ADVERSITY FROM

08:46:09  9    IMMIGRATING TO THIS COUNTRY AS AN ADOLESCENT WITH NO ENGLISH

08:46:15  10   ABILITIES, TO MOVING TO CANADA, TO SUCCEEDING IN HIGH SCHOOL,

08:46:17  11   SUCCEEDING IN COLLEGE, RISING TO BECOME AN ACCOMPLISHED AND

08:46:20  12   CREATIVE AND PRODUCTIVE ENGINEER.

08:46:26  13        THE REMORSE THAT HE HAS, AND I THINK THAT YOU WILL SEE, IS

08:46:29  14   AUTHENTIC AND DEEP AND VERY MUCH A PART OF WHO HE IS, IS REALLY

08:46:35  15   EXTRAORDINARY AND UNUSUAL.  AND I THINK THIS INCIDENT HAS

08:46:40  16   DEFINED MR. KALBASI IN A WAY THAT IS NOT AT ALL COMMON FOR

08:46:47  17   PEOPLE WHO ARE IN HIS POSITION.

08:46:51  18        THE CONSEQUENCES THAT HE HAS SUFFERED AS A RESULT OF THIS

08:46:55  19   ARE ALSO EXTRAORDINARY.  HE LOST HIS JOB, HE LOST FIVE

08:47:01  20   SUBSEQUENT JOBS.  HE DECIDED TO TRY TO REBUILD HIMSELF AND GET

08:47:06  21   READY FOR THE NEXT CHAPTER AND APPLY FOR GRADUATE SCHOOL.  HE

08:47:10  22   WAS ADMITTED TENTATIVELY INTO THE GRADUATE SCHOOL AND THEN THAT

08:47:13  23   ADMISSION WAS RESCINDED, AND HE BELIEVES THAT, AND I THINK IT'S

08:47:16  24   ACCURATE, WAS BECAUSE OF THIS INCIDENT WHEN THE SCHOOL, AFTER

08:47:22  25   GIVING THE TENTATIVE ACCEPTANCE LETTER, DID A MORE EXTENSIVE

08:47:24  1    BACKGROUND CHECK, THEY WITHDREW THEIR ACCEPTANCE, THAT WAS TO

08:47:28  2    GO TO BUSINESS SCHOOL IN CANADA.

08:47:30  3          HE'S REALLY UNABLE, AS A RESULT OF THIS EVENT, TO WORK IN

08:47:34  4    HIS CHOSEN FIELD, EXCEPT THROUGH SELF-EMPLOYMENT, WHICH WAS

08:47:40  5    WHAT HE'S ATTEMPTING TO DO RIGHT NOW.

08:47:43  6          HE ACCEPTED RESPONSIBILITY FROM THE BEGINNING.  HIS

08:47:48  7    AFFIDAVIT IN THE CANADIAN COURT DETAILS VERY SPECIFICALLY WHAT

08:47:53  8    HE DID AND ACKNOWLEDGES IT.  PART OF THE JUDGMENT THAT WAS

08:47:57  9    ORDERED BY THE CANADIAN COURT AND THAT MR. KALBASI CONSENTED TO

08:48:02  10   INVOLVED VERY SPECIFIC CONDUCT PROHIBITIONS, ACCESSING TESLA'S

08:48:10  11   COMPUTERS OR COMMUNICATING WITH TESLA IN ANY WAY.  HE HAS

08:48:14  12   COMPLIED WITH THAT JUDGMENT IN EVERY RESPECT.  HE HAS ACCEPTED

08:48:19  13   RESPONSIBILITY.  HE ALSO HAS INCREDIBLE COMMUNITY SUPPORT, AND

08:48:27  14   I THINK IS ABLE TO LAND ON HIS FEET AND MAKE SOMETHING OF

08:48:30  15   HIMSELF.

08:48:30  16         AS THE COURT CAN SEE IN THE COURTROOM TODAY IS HIS WIFE,

08:48:34  17   HIS BROTHER, HIS UNCLES, HIS AUNTS, HIS COUSINS, OTHER FAMILY

08:48:42  18   MEMBERS AND FRIENDS FROM THE BAY AREA.  MANY HAVE COME FROM

08:48:45  19   TORONTO, NEW YORK, LOS ANGELES, IN ORDER TO BE HERE TO SHOW

08:48:48  20   THEM THAT THEY STAND BY HIM REGARDLESS OF HIS FAILURE ON THIS

08:48:52  21   OCCASION.

08:48:55  22         I DON'T KNOW IF THE COURT WANTS ME TO ADDRESS THE NO

08:48:58  23   COMPUTER RECOMMENDATION.

08:48:59  24             THE COURT:  WELL, YES.

08:49:04  25         I WILL TELL YOU THAT I AM INCLINED TO IMPOSE IT BECAUSE IT

08:49:10   1        STILL ALLOWS THE PROBATION OFFICER TO APPROVE COMPUTER USE, AND

08:49:15   2    I WOULD AUTHORIZE THE PROBATION OFFICER TO SEEK MODIFICATION OF

08:49:21   3    THAT PROVISION IF THERE'S A YEAR OF FULL COMPLIANCE.

08:49:25   4        FIVE YEARS IS A LONG TIME TO HAVE THAT, BUT I'M FEELING

08:49:29   5    THE NEED FOR SOME MONITORING.

08:49:33   6        MR. BARTON:  I WOULD ASK THE COURT TO FOLLOW THE LAW

08:49:36   7    AND NARROWLY TAILOR THE COMPUTER RESTRICTION.

08:49:40   8        THERE'S THE U.S. SUPREME COURT DECISION THAT CAME OUT

08:49:43   9    YESTERDAY IN PACKINGHAM V. NORTH CAROLINA WHICH TALKS ABOUT

08:49:47  10    CYBERSPACE ON THE INTERNET AS BEING THE MODERN PUBLIC SQUARE

08:49:51  11    AND THE IMPORTANCE OF INDIVIDUAL'S FIRST AMENDMENT RIGHTS TO

08:49:58  12    INTERACT WITH HIS COMMUNITY, FOLLOW PUBLIC EVENTS.

08:50:02  13        AND IN MR. KALBASI'S CASE, HE NOT ONLY NEEDS A COMPUTER IN

08:50:06  14    ORDER TO DO HIS WORK, IN ORDER TO BRING TO COMPLETION THE

08:50:11  15    PROJECT HE'S SET UP AS HIS SELF-EMPLOYMENT EFFORT TO CONTINUE

08:50:16  16    IN HIS CAREER AND TO DO SOMETHING OTHER THAN SHOVEL SNOW AND

08:50:20  17    GARDENING IN TORONTO, HE NEEDS IT IN ORDER TO COMMUNICATE WITH

08:50:24  18    HIS FAMILY, WHICH IS VERY EXTENDED, AND TO FOLLOW PUBLIC

08:50:32  19    EVENTS.

08:50:32  20        SO MY SUGGESTION WAS THAT THE COURT ORDER A COMPUTER

08:50:37  21    RESTRICTION NOT TO ACCESS WEBSITES WITHOUT PERMISSION FROM THE

08:50:42  22    OWNER OF THOSE WEBSITES AND NOT TO USE ANYTHING THAT HIDES HIS

08:50:49  23    IDENTITY OR THAT IS A FALSE IDENTITY TO NAVIGATE THE INTERNET.

08:50:55  24        ALTERNATIVELY, THE COURT COULD IMPOSE A RESTRICTION NOT TO

08:50:58  25    USE THE INTERNET FOR SOME PURPOSES, BUT I ASK THE COURT NOT TO

08:51:03   1      RESTRICT THE INTERNET USE AS IT GOES TO HIS WORKING.  AS THE

08:51:10   2      PROBATION REPORT RECOMMENDS, HE CAN'T DO HIS JOB IF HE CAN'T

08:51:16   3      ACCESS A COMPUTER OR A CELL PHONE OR A THERMOSTAT.

08:51:23   4            THE COURT:  I UNDERSTAND WHAT YOU'RE SAYING, AND I

08:51:27   5      DON'T DISAGREE WITH YOU ON THE IMPORTANCE OF A COMPUTER IN ALL

08:51:31   6      OF OUR LIVES, AND ESPECIALLY CONSIDERING MR. KALBASI'S WORK,

08:51:35   7      BUT I THINK THE KINDS OF LIMITATIONS THAT YOU ARE SUGGESTING

08:51:39   8      ARE BEST WORKED OUT IN THIS GENERAL PROBATIONARY TERM THAT THE

08:51:47   9      PROBATION OFFICER CAN SET THOSE CRITERIA AS NECESSARY FOR THE

08:51:55  10      AUTHORIZATION THAT PROBATION WOULD ALLOW.

08:51:57  11         I'M NOT REALLY IN A POSITION TO GO THROUGH THE SPECIFIC

08:52:02  12      KINDS OF RESTRICTIONS THAT YOU WOULD BE SUGGESTING AND HAVE

08:52:06  13      WHAT NEEDS TO BE A FAIRLY IN-DEPTH CONVERSATION WITH

08:52:09  14      MR. KALBASI ABOUT THE RANGE OF ACCESS THAT HE REASONABLY NEEDS

08:52:14  15      TO BE A CITIZEN AND A PRODUCTIVE WORKING ENGINEER, BUT A

08:52:20  16      PROBATION OFFICER COULD CERTAINLY DO THAT AND PUT REASONABLE

08:52:23  17      LIMITATIONS.

08:52:26  18         I WOULD EXPECT THAT THERE WILL BE AUTHORIZATION BY THE

08:52:30  19      PROBATION OFFICER WITH REASONABLE TERMS, AND THAT FRANKLY, YOU

08:52:36  20      COULD COME BACK TO COURT IF THOSE TERMS ARE NOT REASONABLE.

08:52:39  21         BUT I'M NOT IN A -- I DON'T FEEL IT'S APPROPRIATE FOR ME,

08:52:43  22      FOR THE COURT TO OUTLINE THOSE TERMS.

08:52:46  23            MR. BARTON:  WELL, I NOTE THAT MR. KALBASI HAS BEEN

08:52:50  24      RELEASED SINCE AUGUST 2015 WITHOUT RESTRICTIONS ON HIS COMPUTER

08:52:55  25      USE, AND HE HAS NOT ENGAGED IN ANY MISCONDUCT ON THE COMPUTER,

08:53:03   1    AND HE HAS MADE INCREDIBLE ACCOMPLISHMENTS IN TRYING TO BUILD A

08:53:08   2    PROJECT TO SUPPORT HIMSELF.  AND IF THE COURT DOESN'T CARVE OUT

08:53:13   3    THE ABILITY FOR HIM TO DO HIS WORK AND USE THE COMPUTER AT

08:53:17   4    LEAST FOR HIS WORK, THEN IT'S ESSENTIALLY A SENTENCE TO

08:53:26   5    SHOVELLING SNOW AND GARDENING IN TORONTO UNTIL THERE'S AN

08:53:33   6    ADEQUATE ACCOMMODATION.

08:53:35   7        AND I THINK IT'S APPROPRIATE FOR THE COURT TO NARROWLY

08:53:37   8    TAILOR ITS ORDER TO NOT LEAVE MR. KALBASI UNABLE TO WORK.  AND

08:53:42   9    THAT IS AN EXPRESS GOAL OF PROBATION, TO ENCOURAGE SOMEBODY TO

08:53:49  10    MAINTAIN EMPLOYMENT, TO BE A PRODUCTIVE CITIZEN, TO CONTRIBUTE

08:53:55  11    TO THE COMMUNITY AND THE COMPUTER RESTRICTION WILL PROHIBIT HIM

08:53:59  12    FROM DOING THAT, ULTIMATELY.

08:54:01  13        THE COURT:  OKAY.  ANY FURTHER COMMENTS YOU WANT TO

08:54:10  14    MAKE BEFORE I HEAR FROM MR. KALBASI?

08:54:12  15        MR. BARTON:  NO, YOUR HONOR.

08:54:13  16        THE COURT:  ALL RIGHT.  AND I AM INTERESTED IN

08:54:16  17    HEARING FROM MR. KALBASI.

08:54:18  18        THE DEFENDANT:  THANK YOU, YOUR HONOR.

08:54:20  19    IF I MAY, I PREPARED SOMETHING.

08:54:22  20        THE COURT:  SURE.

08:54:23  21        THE DEFENDANT:  IT WOULD DO NO JUSTICE TO THE LAST

08:54:29  22    THREE YEARS OF MY LIFE TO STAND HERE AND APOLOGIZE, BECAUSE I

08:54:32  23    APOLOGIZE.  I BELIEVE THAT THE APOLOGY WOULD COME NOWHERE NEAR

08:54:39  24    TO THE SENSE OF LOSS AND REGRET THAT I CONSTANTLY FEEL.

08:54:43  25        I WISH TO APOLOGIZE NOT JUST TO VICTIMS OF MY ACTIONS LIKE

08:54:48  1    MY EX-BOSS, AND THOSE AFFECTED AT TESLA, BUT ALSO TO MY WIFE,

08:54:52  2    MY PARENTS, MY FAMILY AND FRIENDS WHO ARE HERE TODAY, AND TO

08:54:56  3    THOSE THAT SUPPORT ME REGARDLESS OF MY MISTAKE.  I WILL NEVER

08:54:59  4    EVER LET THEM DOWN AGAIN.

08:55:01  5         AND I HOPE YOU CAN SEE THAT THIS MEANS EVERYTHING TO ME.

08:55:05  6    THAT THESE PEOPLE HAVE KEPT ME ALIVE FOR THE PAST THREE YEARS.

08:55:08  7    IT HAS BEEN NOT EASY FOR THEM.  AND I OWE THEM EVERYTHING.

08:55:12  8         I CAN ENVISION A DIFFERENT VERSION OF ME, ONE WHERE I'M

08:55:16  9    LIVING IN A WORLD THAT IS BY NO MEANS EXTRAORDINARY.  IN FACT,

08:55:20 10    IT'S QUITE BORING AND MUNDANE TO MANY.  AND YET IT IS SO

08:55:27 11    IMPORTANT TO ME.  THE LIFE I'M TALKING ABOUT IS THE

08:55:29 12    CONTINUATION OF MY LIFE AS IT WERE THREE YEARS AGO, WITHOUT THE

08:55:33 13    MISTAKE THAT HAS LEAD ME HERE BEFORE YOU TODAY.

08:55:36 14         IT IS A LIFE OF CONTINUING TO LIVE BY MY MORAL STANDARDS,

08:55:41 15    OF NOT SUCCUMBING TO PETTY AND IMMATURE TEMPTATION TO SEEK

08:55:45 16    REVENGE WHEN I LOST MY DREAM JOB.

08:55:48 17         I WENT FROM A 14-YEAR OLD IMMIGRANT BOY WHO DIDN'T SPEAK

08:55:52 18    ENGLISH, TO THE SUCCESSFUL ENGINEER WHO GOT THE CHANCE TO WORK

08:55:54 19    AT TESLA, HIS DREAM COMPANY.  HAD I BEEN WISER, I WOULD STILL

08:55:58 20    BE IN MY FIELD WORKING TO MAKE A DIFFERENCE.  I WOULD STILL

08:56:01 21    HAVE THE HOUSE I BUILT, SO MUCH OF IT WITH MY OWN TWO HANDS.  I

08:56:06 22    WOULD HAVE BEEN ABLE TO KEEP MY SICK MOTHER FROM LEAVING TO A

08:56:11 23    HOSTILE ENVIRONMENT IN IRAN BECAUSE OF THAT.

08:56:15 24         I WOULD HAVE BEEN ABLE TO DO RIGHT BY MY WIFE AND SUPPORT

08:56:19 25    HER THROUGH THE LAST THREE YEARS OF HER SCHOOL, INSTEAD OF HER

08:56:23  1    SUPPORTING ME THROUGH HER STUDENT LOANS.  AND ABOVE ALL, I

08:56:26  2    COULD STILL HOLD MY HEAD UP IN PRIDE.  AND I WOULD BE SOMEONE

08:56:30  3    MY FRIENDS AND FAMILY COULD BE PROUD OF, AND THAT COULD HAVE

08:56:33  4    BEEN ME.

08:56:36  5         THAT'S NOT THE REALITY I HAVE NOW.  NOW I JUST HOPE I

08:56:39  6    REMAIN INVISIBLE ENOUGH THAT POTENTIAL EMPLOYERS AND NEW

08:56:42  7    COWORKERS AND OTHERS JUST DON'T BOTHER TO GOOGLE ME.  I'VE LOST

08:56:48  8    EVERYTHING I HAD FINANCIALLY, AND I'M IN A HOLE SO DEEP, I WILL

08:56:52  9    SPEND THE REST OF MY LIFE TRYING TO DIG MYSELF OUT OF IT.

08:56:54  10        I HAVE DAMAGED MY CREDIBILITY AS AN ENGINEER, IN THE ONLY

08:56:59  11   PROFESSION I KNOW AND TRULY LOVE, COMPOUNDING THE FINANCIAL

08:57:03  12   PROBLEMS THAT I FACE.

08:57:04  13        THIS MORAL FAILING OF MINE AND ALL THE CONSEQUENCES, HAVE

08:57:09  14   MADE ME UNDERSTAND THAT FOREVER -- I AM FOREVER DEFINED BY MY

08:57:13  15   ACTIONS.

08:57:15  16        AND I HAVE TAKEN FROM THE START, RESPONSIBILITY FOR THESE

08:57:18  17   ACTIONS.  FROM THE DAY THE TEAM OF LAWYERS AND INVESTIGATORS

08:57:23  18   POURED INTO MY WORKPLACE, I HAVE DONE WHAT I BELIEVE TO BE THE

08:57:26  19   RIGHT THING.

08:57:28  20        I COMPLIED WITH EVERY REQUEST TESLA MADE IN THE CIVIL

08:57:33  21   CASE.  I AGREED TO THE CONSENT JUDGMENT BY THE ONTARIO COURT.

08:57:37  22   I AGREED TO THE PLEA AGREEMENT IN THIS CRIMINAL CASE.  I SIGNED

08:57:39  23   AN AFFIDAVIT COMPOSED BY TESLA'S LAWYERS REQUIRING ME TO PAY

08:57:44  24   $15,000, EVEN THOUGH I HAD NO JOB, I JUST BORROWED YET MORE

08:57:48  25   MONEY TO DO THAT.

08:57:49  1       I MADE COUNTLESS TRIPS ACROSS THE U.S./CANADIAN BORDER TO

08:57:53  2   ATTEND THIS COURT AND OTHER MEETINGS, AND EACH TIME I SPENT

08:57:56  3   HOURS BEING QUESTIONED BY CUSTOMS AGENTS BECAUSE I AM NOW

08:57:59  4   CONSIDERED A THREAT BECAUSE I WAS FIRST ARRESTED AT THE BORDER.

08:58:04  5       I ACCEPT AND UNDERSTAND THIS IS ALL PART OF PAYING THE

08:58:07  6   PRICE FOR MY MISTAKE, I DON'T WISH FOR ANYONE TO FEEL SORRY FOR

08:58:12  7   ME, I AM SIMPLY STATING MY TRUTH AND HOPING THAT THE COURT CAN

08:58:16  8   SEE THAT THE ALTERNATE VERSION OF ME IS NOT AN IDLE FANTASY, IT

08:58:20  9   IS STILL POSSIBLE.

08:58:21  10      AND DESPITE MY VIOLATING THE TRUST OF MY FORMER EMPLOYER,

08:58:25  11  I'M STILL CAPABLE OF PRODUCING GOOD IN THIS WORLD.  GIVEN THE

08:58:29  12  CHANCE, I WILL DO EVERYTHING IN MY POWER TO MAKE THIS ALTERNATE

08:58:32  13  VERSION OF ME A REALITY.  MOST OF ALL, I'M ANXIOUS TO REDEEM

08:58:36  14  MYSELF IN FRONT OF MY WIFE, MY FAMILY AND MY COMMUNITY.  AND I

08:58:40  15  HOPE YOU WILL GIVE ME THE OPPORTUNITY TO START THIS TODAY.

08:58:43  16      THANK YOU.

08:58:43  17          THE COURT:  THANK YOU.

08:58:44  18      ANYTHING ELSE, MR. BARTON?

08:58:47  19          MR. BARTON:  NO, YOUR HONOR.

08:58:48  20          THE COURT:  DOES THE PROBATION OFFICER HAVE ANYTHING

08:58:50  21  TO SAY?

08:58:50  22          PROBATION OFFICER:  YES, YOUR HONOR.

08:58:52  23      I JUST WANTED TO CLARIFY THAT THE SPECIAL CONDITION IS

08:58:55  24  THAT IT'S NOT THAT -- THE SPECIAL CONDITION FOR THE COMPUTER

08:59:00  25  MONITORING IS NOT THAT MR. KALBASI CANNOT OWN A COMPUTER, IT'S

08:59:04 1      JUST THAT HE WOULD BE MONITORED.

08:59:06 2          ALSO, I UNDERSTAND THAT MR. KALBASI LIVES IN TORONTO,

08:59:11 3      CANADA, SO IN ORDER FOR A CONDITION LIKE THAT TO BE IMPOSED, HE

08:59:15 4      WOULD ACTUALLY HAVE TO LIVE IN THE UNITED STATES.

08:59:20 5          I'M NOT SURE IF IT'S POSSIBLE FOR HIM TO.

08:59:24 6              THE COURT:  I'M LOOKING AT CONDITION NUMBER 2.

08:59:28 7              PROBATION OFFICER:  YES.

08:59:29 8              THE COURT:  IT DOESN'T SAY ANYTHING -- IT DOESN'T

08:59:35 9      DIRECTLY SAY ANYTHING ABOUT MONITORING.

08:59:39 10             PROBATION OFFICER:  I'M SORRY, CONDITION NUMBER 3.

08:59:43 11     IT'S A COMPUTER AND INTERNET MONITORING PROGRAM.

08:59:56 12             THE COURT:  WELL, IT SEEMS LIKE NUMBER 3 IS THE ONE

08:59:58 13     THAT MR. BARTON WOULD LIKE ME TO ELIMINATE.

09:00:00 14             MR. BARTON:  NUMBER 2 IS THE ONE THAT'S THE PROBLEM.

09:00:02 15             THE COURT:  BUT NUMBER 3 IS GOING TO REQUIRE HIM TO

09:00:04 16     MOVE TO THE UNITED STATES IN ORDER TO BE MONITORED.  I DON'T

09:00:07 17     THINK THAT WAS PART OF MR. KALBASI'S PLAN, WAS IT?

09:00:09 18             MR. BARTON:  NO.

09:00:14 19             THE COURT:  THAT'S WHAT I'M JUST BEING TOLD, CORRECT.

09:00:16 20             PROBATION OFFICER:  IN ORDER FOR NUMBER 2 OR NUMBER 3

09:00:18 21     TO APPLY, HE WOULD HAVE TO LIVE IN THE UNITED STATES.

09:00:20 22             THE COURT:  I DON'T UNDERSTAND WHY HE WOULD HAVE TO

09:00:22 23     LIVE IN THE U.S. FOR NUMBER 2, BECAUSE THAT JUST SAYS HE CAN'T

09:00:26 24     POSSESS OR USE WITHOUT PRIOR APPROVAL.

09:00:32 25             NUMBER 3 TALKS ABOUT ENROLLING IN THE PROGRAM, AND I

09:00:35   1   UNDERSTAND THAT THAT CAN ONLY BE DONE FROM THE U.S., BUT I

09:00:39   2   DON'T UNDERSTAND WHY NUMBER 2 CAN'T BE DONE FROM CANADA.

09:00:43   3            PROBATION OFFICER:  ACTUALLY, YOU ARE CORRECT,

09:00:44   4   YOUR HONOR.

09:00:45   5       IT WOULD BE IF HE WERE TO BE PLACED ON PROBATION, HE WOULD

09:00:49   6   HAVE -- IN ORDER FOR US TO MONITOR HIM, HE WOULD HAVE TO BE IN

09:00:52   7   THE UNITED STATES.

09:00:52   8            THE COURT:  TO MONITOR HIM GENERALLY.

09:00:54   9            PROBATION OFFICER:  YES, YOUR HONOR.

09:00:56   10            THE COURT:  WAS THAT UNDERSTOOD?

09:01:01   11            MR. BARTON:  NO, IT WASN'T.  MR. KALBASI'S LIFE IS IN

09:01:07   12   TORONTO.

09:01:08   13            THE COURT:  WOULD HE EVEN BE ABLE TO LIVE IN THE

09:01:10   14   U.S.?

09:01:10   15            MR. BARTON:  HE IS A LEGAL PERMANENT RESIDENT OF THE

09:01:13   16   UNITED STATES.  HIS FAMILY, HIS BUSINESS, HIS WIFE, EVERYTHING

09:01:19   17   IS IN TORONTO.

09:01:25   18       AND I DON'T WANT TO JUMP AHEAD TO THE ISSUE OF, IF THE

09:01:28   19   COURT WERE TO IMPOSE SOME TIME OF HOME DETENTION, I DON'T

09:01:34   20   UNDERSTAND WHY THAT COULDN'T BE ACCOMPLISHED WITH ADEQUATE

09:01:42   21   TECHNOLOGY LIVING IN TORONTO, PEOPLE USE GPS MONITORING WHICH

09:01:46   22   IS AN INTERNET-BASED TECHNOLOGY.

09:01:48   23            THE COURT:  I'M MORE CONCERNED WITH THE FIVE YEARS OF

09:01:51   24   PROBATION.  I'M BEING TOLD HE HAS TO LIVE IN THE U.S. FOR THE

09:01:55   25   NEXT FIVE YEARS.

09:01:56  1          PROBATION OFFICER:  YES, YOUR HONOR.  IN ORDER FOR

09:01:58  2   THAT TO BE --

09:01:59  3          THE COURT:  I MEAN, THAT'S OUTSIDE OF WHAT I

09:02:01  4   UNDERSTOOD, BUT IT'S CLEARLY OUTSIDE OF WHAT YOU UNDERSTOOD.

09:02:04  5          MR. BARTON:  I DID NOT UNDERSTAND THAT ANYBODY WAS

09:02:07  6   SUGGESTING THAT MR. KALBASI BE REQUIRED TO LIVE IN THE

09:02:09  7   UNITED STATES.  HE DOESN'T LIVE HERE.

09:02:16  8          THE COURT:  THAT'S BEEN CLEAR TO ME THE WHOLE TIME

09:02:18  9   THAT HE DOESN'T LIVE HERE.

09:02:20 10      SO, I MEAN, I CERTAINLY RESPECT THE LIMITATIONS THAT THE

09:02:24 11   PROBATION DEPARTMENT WOULD HAVE IN MONITORING, EVEN IF I

09:02:27 12   EXCLUDE NUMBER 3, BUT YOU ARE TALKING ABOUT GENERAL MONITORING

09:02:32 13   OF A PROBATIONER.

09:02:35 14          PROBATION OFFICER:  YOUR HONOR, THE RECOMMENDATION

09:02:36 15   WAS THAT IF MR. KALBASI WERE TO REMAIN IN THE UNITED STATES, HE

09:02:41 16   WOULD GET THE FIVE YEARS PROBATION.

09:02:44 17          THE COURT:  AND IF NOT, HE SHOULD HAVE A PRISON

09:02:48 18   SENTENCE AND BE DONE WITH IT.

09:02:50 19          PROBATION OFFICER:  PROBATION DIDN'T RECOMMEND A JAIL

09:02:52 20   SENTENCE.

09:02:52 21          THE COURT:  I KNOW THAT.  SO YOU LEFT ME HANGING

09:02:56 22   THERE.  IF HE DOESN'T LIVE IN THE U.S., WHAT DO I DO?

09:03:00 23          PROBATION OFFICER:  AN OPTION, YOUR HONOR, WOULD BE

09:03:04 24   THAT MR. KALBASI COULD SUBMIT MONTHLY WORKSHEETS TO THE

09:03:08 25   PROBATION OFFICE FROM CANADA.

09:03:11  1          THE COURT:  YOU WOULD BE WILLING TO MONITOR HIM THAT

09:03:13  2   WAY?

09:03:13  3          PROBATION OFFICER:  YES, YOUR HONOR.

09:03:14  4          THE COURT:  I REALLY APPRECIATE THAT.

09:03:15  5          MS. KNIGHT:  YOUR HONOR, IN PRIOR CASES, THIS WAS

09:03:17  6   YEARS AGO, I'VE HAD DEFENDANTS LIVING OUTSIDE THE UNITED STATES

09:03:20  7   WHO PHONE IN, THEY ARE MORE ON A TIGHTER LEASH WITH MONTHLY

09:03:23  8   REPORTS, WEEKLY PHONE CALLS, CONFIRMATION OF COMMUNITY SERVICE,

09:03:27  9   I'VE HAD CRAFTING OF A SENTENCE --

09:03:31 10          THE COURT:  GOOD.  OKAY.  I THINK MAYBE WE'VE WORKED

09:03:34 11   OUR WAY THROUGH THAT.  THANK YOU.

09:03:38 12       BUT NUMBER 3 COULDN'T BE ACTUALLY PHYSICALLY BE DONE IF HE

09:03:44 13   LIVED IN CANADA.

09:03:46 14          PROBATION OFFICER:  THAT'S CORRECT, YOUR HONOR.

09:03:47 15          THE COURT:  OKAY.  WELL, I KNOW HOW TO HANDLE THAT.

09:03:57 16       ALL RIGHT.  THIS CASE IS VERY TROUBLING BECAUSE THE AMOUNT

09:04:00 17   OF HARM WAS EXTRAORDINARY.  THE DEGREE OF, AND MR. KALBASI, YOU

09:04:09 18   SAID IT BEST YOURSELF, IMMATURITY, BAD JUDGMENT,

09:04:13 19   SHORTSIGHTEDNESS, WAS PROFOUND IN THIS CASE, ESPECIALLY FROM A

09:04:20 20   PERSON OF YOUR BACKGROUND AND EDUCATION, AND WITH THE KIND OF

09:04:23 21   SUPPORT AND UPBRINGING THAT YOU'VE HAD OF A STRONG FAMILY.

09:04:27 22       I GREATLY APPRECIATE ALL OF THE LETTERS OF SUPPORT THAT I

09:04:30 23   WAS ABLE TO READ AND THANK THE FAMILY AND FRIENDS AND BUSINESS

09:04:35 24   ASSOCIATES WHO TOOK THE TIME AND EXPOSED THEMSELVES TO THE

09:04:38 25   COURT TO PREPARE THOSE LETTERS.  THEY MEAN A GREAT DEAL.

| | |
|---|---|
| 09:04:46 | 1 |

AND I AM VERY MOVED BY YOUR RECITATION OF THE CONSEQUENCES

THAT YOU HAVE SUFFERED SINCE THIS EVENT AND CERTAINLY NEED TO

CONSIDER THIS IS A MISDEMEANOR AND THERE WAS NO VIOLENCE

INVOLVED IN IT.  AND THOSE ARE IMPORTANT CONSIDERATIONS FOR ME.

I HAVE CONSIDERED THE 3553(A) FACTORS IN ORDER TO ENSURE A

SENTENCE SUFFICIENT BUT NOT GREATER THAN NECESSARY TO COMPLY

WITH THE PURPOSES OF SENTENCING.

I HAVE CONSIDERED THE NATURE AND CIRCUMSTANCES OF THE

CRIME, INCLUDING THAT IT WAS A SERIOUS OFFENSE, IT DID INVOLVE

AN ABUSE OF A POSITION OF TRUST.  AND ALTHOUGH IT WAS A

MISDEMEANOR, IT DID INVOLVE OBTAINING A SUPERVISOR'S PASSWORD

AND ACCESSING ACCOUNT INFORMATION AFTER TERMINATION FROM TESLA

AND DISTRIBUTION OF TRADE SECRET, HIGHLY CONFIDENTIAL

INFORMATION ABOUT TESLA, KNOWN TO HAVE BEEN OF GREAT VALUE TO

TESLA.

MR. BARTON:  YOUR HONOR, I DON'T WANT TO INTERRUPT,

BUT I DON'T THINK THERE IS ANY ALLEGATION OF TRADE SECRETS

BEING INVOLVED.

THE COURT:  NO, JUST CONFIDENTIAL.

MR. BARTON:  IT'S CONFIDENTIAL NON-TRADE SECRET

INFORMATION.

MS. KNIGHT:  THAT'S, THAT'S CORRECT.

THE COURT:  LET ME MODIFY THAT.

OF CONFIDENTIAL INFORMATION.  AND EXPOSING OR PROVIDING TO

OTHER EMPLOYEES, INFORMATION THAT TESLA MAINTAINED IN A

09:06:13  1        CONFIDENTIAL WAY.

09:06:22  2            THIS CONDUCT CAUSED TESLA TO EXPEND TIME AND MONEY TO

09:06:25  3    INVESTIGATE THE THEFT AND DAMAGED MR. KALBASI'S FORMER

09:06:33  4    EMPLOYER.  AND ALTHOUGH I FIND THIS TO BE SERIOUS, IT'S A

09:06:37  5    SERIOUS MISDEMEANOR, IT'S NOT A SERIOUS FELONY, AND I'M NOT

09:06:42  6    CROSSING THE LINE, AND I HAVE TO RECOGNIZE THAT THIS IS THE

09:06:45  7    CRIME OF CONVICTION, IT IS A MISDEMEANOR.

09:06:55  8            I'VE ALSO CONSIDERED MR. KALBASI'S PERSONAL

09:06:57  9    CHARACTERISTICS, HE'S A YOUNG MAN, HE'S HIGHLY EDUCATED, HE HAS

09:07:01  10   AN EXCELLENT WORK HISTORY, A HISTORY OF GREAT SUCCESS IN HIS

09:07:04  11   PROFESSION, WHICH HAS BEEN THROWN OFF COURSE, MAYBE FATALLY, BY

09:07:10  12   HIS OWN MISTAKES.  I NOTE HIS ACKNOWLEDGEMENT OF RESPONSIBILITY

09:07:15  13   FOR HIS OWN ACTIONS.

09:07:21  14            I ALSO NOTE MR. KALBASI'S PERSONAL STRUGGLES, HAVING

09:07:27  15   IMMIGRATED FROM IRAN WITH HIS FAMILY.  HIS FAMILY WAS PUNISHED

09:07:30  16   FOR POLITICAL ACTIVITIES, HIS FAMILY AND MR. KALBASI HAVE

09:07:34  17   OVERCOME THOSE TERRIBLE CIRCUMSTANCES AND MR. KALBASI HAS

09:07:38  18   SEIZED THE OPPORTUNITY TO BECOME HIGHLY EDUCATED AND

09:07:43  19   PRODUCTIVE.

09:07:43  20            HE IS MARRIED, HAS MANY FRIENDS AND RELATIVES AND

09:07:47  21   ASSOCIATES WHO SPEAK LIE HE OF HIS CHARACTER.  HE'S TAKING CARE

09:07:51  22   OF HIS PARENTS WHEN HE COULD.  HE'S SETTLED THE CIVIL LAWSUIT

09:07:56  23   FILED BY TESLA IN THIS MATTER.  ALTHOUGH TESLA SHOULDN'T HAVE

09:08:00  24   HAD TO FILE THAT IN THE FIRST PLACE, I CERTAINLY RECOGNIZE

09:08:03  25   THAT.

09:08:04  1        AND I THINK MOST IMPORTANTLY, I'M TAKING INTO ACCOUNT THE

09:08:10  2   SERIOUS CONSEQUENCES THAT MR. KALBASI HAS ALREADY SUFFERED

09:08:14  3   BASED ON HIS WRONGDOING, LOSING ONE'S JOB IS ONE THING, THAT

09:08:19  4   HAS NOTHING TO DO HERE, REALLY THESE THINGS CAME AFTERWARD.

09:08:23  5   AND AS A 30-YEAR OLD, IT MIGHT BE HARD TO SEE THAT LOSING A JOB

09:08:26  6   IS NOT THE END OF THE WORLD, COMMITTING A CRIME COMES PRETTY

09:08:30  7   CLOSE, PROFESSIONALLY, TO THE END OF THE WORLD FOR THAT

09:08:32  8   PROFESSION.

09:08:35  9        AND YOU HAVE, BY YOUR ACTS, POISONED YOUR FUTURE CAREER IN

09:08:39  10   WAYS THAT WILL BE WITH YOU FOR A LONG TIME.  YOU'VE LOST YOUR

09:08:47  11   JOB, YOU'VE LOST YOUR HOME, YOU'VE LOST FUTURE EMPLOYMENT

09:08:50  12   POSSIBILITIES.

09:08:52  13        YOU HAVE ACCEPTED RESPONSIBILITY FOR YOUR OWN ACTIONS,

09:08:57  14   YOU'VE CONTINUED TO SHOW RESPONSIBILITY FOR CARING FOR YOUR

09:09:01  15   WIFE AND FOR YOUR PARENTS.  YOU'VE CONTINUED TO ENROLL IN THE

09:09:08  16   COMMUNITY AS A PERSON WHO GENEROUSLY HELPS YOUR NEIGHBORS.

09:09:15  17        IT IS MY OBLIGATION TO CONSIDER A SENTENCE THAT IS

09:09:17  18   SUFFICIENT BUT NOT GREATER THAN NECESSARY TO COMPLY WITH THE

09:09:19  19   PURPOSES OF SECTION 3553.

09:09:23  20        IN MY VIEW, THE GUIDELINE RANGE IS TOO HARSH IN THIS CASE.

09:09:29  21   I DO NOT THINK THAT ANY PURPOSE IS SERVED BY A SENTENCE IN

09:09:33  22   PRISON AND I AM NOT GOING TO IMPOSE A PRISON SENTENCE.  IT IS

09:09:40  23   NOT RECOMMENDED BY THE GOVERNMENT, IT IS NOT RECOMMENDED BY

09:09:43  24   PROBATION.  AND I HAVE ALSO CONSIDERED, SO I WILL VARY FROM THE

09:09:47  25   GUIDELINE RANGE.

09:09:49  1        IN CONSIDERING THE GOVERNMENT'S REQUEST FOR SIX MONTHS OF

09:09:52  2   HOME DETENTION, WITHIN A PROBATIONARY SENTENCE, I HAVE

09:09:58  3   CONSIDERED THAT, AND UNDER THE CIRCUMSTANCES WHERE I WILL ORDER

09:10:05  4   THE PROPER AMOUNT OF RESTITUTION AT SOME LATER DATE, I THINK IT

09:10:11  5   IS IMPORTANT THAT MR. KALBASI HAVE THE OPPORTUNITY TO WORK WHEN

09:10:14  6   HE CAN.

09:10:15  7        AND I WANT TO MAKE SURE THAT THIS SENTENCE DOESN'T

09:10:21  8   UNNECESSARILY RESTRICT HIS ABILITY TO GAIN EMPLOYMENT.  I DON'T

09:10:25  9   ACTUALLY SEE THAT ANY DETERRENT EFFECT WOULD BE RECOGNIZED BY

09:10:31  10  HOME DETENTION IN THIS CASE.  AND SO UNDER THESE CIRCUMSTANCES,

09:10:36  11  I WILL ADOPT THE RECOMMENDATION OF THE PROBATION DEPARTMENT AND

09:10:40  12  IMPOSE FIVE YEARS OF PROBATION.

09:10:44  13       AND I WILL SAY, IT'S A CLOSE CALL ON THE HOME DETENTION.

09:10:47  14  I RECOGNIZE THAT TESLA PROPERLY CALLS OUT FOR PUNISHMENT TO

09:10:53  15  DETER OTHERS AND TO GET SOME VINDICATION BEYOND RESTITUTION IN

09:10:59  16  THIS MATTER, AND I HAVE CONSIDERED THAT CAREFULLY, BUT IT IS MY

09:11:04  17  DETERMINATION THAT HOME DETENTION IS NOT NECESSARY TO SATISFY

09:11:07  18  THE GOALS OF THE SENTENCING IN THIS CASE.

09:11:15  19       I WILL MODIFY THE TERMS OF PROBATION, MR. BARTON.  I AM

09:11:23  20  GOING TO IMPOSE CONDITION NUMBER 2, BUT I WILL ADD TO IT THAT

09:11:28  21  PROBATION IS DIRECTED TO CONSIDER APPROVING COMPUTER USE AND

09:11:37  22  POSSESSION FOR WORK WITH REASONABLE RESTRICTIONS.

09:11:43  23       I WILL NOT IMPOSE NUMBER 3 BECAUSE I AM NOT GOING TO

09:11:47  24  REQUIRE MR. KALBASI TO LIVE IN THE UNITED STATES.  AND I

09:11:52  25  WILL -- AND PROBATION WILL DEVELOP THE PROPER MEANS TO PROPERLY

09:11:58  1   SUPERVISE THE PROBATION, AND KNOWING THAT YOU WILL BE LIVING IN

09:12:03  2   TORONTO.

09:12:05  3          AND SO WITH THAT, AND KNOWING THAT RESTITUTION WILL BE

09:12:09  4   ORDERED BUT WE ARE PUTTING OFF THE AMOUNT FOR FURTHER REVIEW,

09:12:17  5   AND NO FINE WILL BE IMPOSED IN THIS CASE BASED ON INABILITY TO

09:12:23  6   PAY.

09:12:28  7          ALL RIGHT.  WITH THAT THEN, PURSUANT TO THE SENTENCING

09:12:36  8   REFORM ACT OF 1984, IT IS THE JUDGMENT OF THE COURT THAT NIMA

09:12:41  9   KALBASI IS HEREBY PLACED ON PROBATION FOR A PERIOD OF FIVE

09:12:44  10  YEARS.

09:12:46  11         THE COURT RECOGNIZES THAT MR. KALBASI IS LIKELY TO BE

09:12:50  12  RESIDING IN CANADA AND WILL NOT BE IN THE UNITED STATES FOR

09:12:56  13  DIRECT SUPERVISION.  THE PROBATION DEPARTMENT IS ORDERED TO

09:13:01  14  DEVELOP AN APPROPRIATE SUPERVISION METHODOLOGY CONSISTENT WITH

09:13:04  15  MR. KALBASI'S RESIDENCE.

09:13:06  16         IF WITHIN FIVE YEARS, THE DEFENDANT RETURNS TO THIS

09:13:11  17  COUNTRY LEGALLY, THE DEFENDANT SHALL BE SUBJECT TO THE

09:13:13  18  CONDITIONS OF PROBATION AS WOULD NORMALLY BE APPLIED FOR

09:13:17  19  SOMEONE LIVING HERE, BUT HE WILL BE SUBJECT TO PROBATION WHILE

09:13:20  20  HE IS IN CANADA.  AND UPON RETURNING TO THE UNITED STATES,

09:13:24  21  SHALL REPORT TO THE NEAREST PROBATION OFFICE WITHIN 72 HOURS OF

09:13:29  22  REENTRY.

09:13:35  23         WHILE ON PROBATION, THE DEFENDANT SHALL NOT COMMIT ANOTHER

09:13:38  24  FEDERAL, STATE OR LOCAL CRIME, AND SHALL COMPLY WITH THE

09:13:41  25  STANDARD CONDITIONS THAT HAVE BEEN ADOPTED BY THE COURT, EXCEPT

09:13:45  1     THAT THE MANDATORY DRUG TESTING PROVISION IS SUSPENDED, AND THE

09:13:50  2     DEFENDANT SHALL COMPLY WITH THE FOLLOWING CONDITIONS:

09:13:52  3         THE DEFENDANT SHALL PAY ANY RESTITUTION AND SPECIAL

09:13:56  4     ASSESSMENT THAT IS IMPOSED BY THIS JUDGMENT AND THAT REMAINS

09:13:59  5     UNPAID AT THE COMMENCEMENT OF THE TERM OF PROBATION.

09:14:02  6         THE DEFENDANT SHALL NOT POSSESS OR USE A COMPUTER WITHOUT

09:14:05  7     THE PRIOR APPROVAL OF THE PROBATION OFFICER.

09:14:09  8         "COMPUTER" INCLUDES ANY ELECTRONIC DEVICE CAPABLE OF

09:14:13  9     ACCESSING THE INTERNET OR PROCESSING OR STORING DATA AS

09:14:17  10    DESCRIBED IN 18 U.S. CODE SECTION 1030(C), SUBSECTION 1,

09:14:24  11    INCLUDING CELL PHONES AND ALL PERIPHERAL DEVICES.

09:14:28  12        IT IS THE COURT'S ORDER TO THE PROBATION DEPARTMENT TO

09:14:32  13    ALLOW COMPUTER USE AND POSSESSION FOR EMPLOYMENT PURPOSES WITH

09:14:37  14    REASONABLE RESTRICTIONS AS DETERMINED BY THE PROBATION

09:14:40  15    DEPARTMENT.

09:14:41  16        THE DEFENDANT SHALL CONSENT TO THE PROBATION OFFICER

09:14:43  17    CONDUCTING PERIODIC UNANNOUNCED EXAMINATION OF HIS COMPUTER

09:14:47  18    EQUIPMENT, WHICH MAY INCLUDE RETRIEVAL AND COPYING OF ALL DATA

09:14:51  19    FROM COMPUTERS AND ANY PERIPHERAL DEVICES, TO ENSURE COMPLIANCE

09:14:56  20    WITH THAT CONDITION AND/OR REMOVAL OF ANY SUCH EQUIPMENT FOR

09:15:00  21    THE PURPOSE OF CONDUCTING A MORE THOROUGH INSPECTION.

09:15:03  22        THE DEFENDANT SHALL ALSO CONTENT TO THE INSTALLATION OF

09:15:06  23    ANY HARDWARE OR SOFTWARE AS DIRECTED BY THE PROBATION OFFICER

09:15:11  24    TO MONITOR DEFENDANT'S INTERNET USE.

09:15:13  25        THE COURT RECOGNIZES THAT THIS PARTICULAR PROVISION MAY

09:15:19 1    ONLY BE ENFORCEABLE DURING PERIODS OF TIME THAT MR. KALBASI IS

09:15:22 2    IN THE UNITED STATES, BUT SHOULD PROBATION HAVE THE TECHNICAL

09:15:26 3    ABILITY TO IMPOSE THIS PROVISION WHILE MR. KALBASI IS IN

09:15:30 4    TORONTO, THEN THAT WILL BE REQUIRED.  IT'S NOT CLEAR THAT THEY

09:15:37 5    WILL HAVE THAT AUTHORITY, BUT TECHNOLOGY MAY PROVIDE THAT.

09:15:41 6        IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PAY TO THE

09:15:44 7    UNITED STATES A SPECIAL ASSESSMENT OF $25.00.

09:15:45 8        PAYMENT SHALL BE MADE TO THE CLERK OF THE UNITED STATES

09:15:48 9    DISTRICT COURT:  450 GOLDEN GATE AVENUE, BOX 36060, SAN

09:15:50 10   FRANCISCO, CA 94102.

09:16:02 11           MR. BARTON:  CAN THAT BE PAID HERE, YOUR HONOR?

09:16:05 12           THE COURT:  YES, IT CAN.

09:16:06 13       THE COURT FINDS THAT THE DEFENDANT DOES NOT HAVE THE

09:16:09 14    ABILITY TO PAY A FINE AND ORDERS IT WAIVED.

09:16:13 15       IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PAY

09:16:17 16   RESTITUTION TO TESLA, BUT THAT AMOUNT SHALL BE DETERMINED BY

09:16:20 17   THE COURT AT A LATER HEARING AND IS NOT DETERMINED AT THIS

09:16:24 18   TIME.

09:16:24 19       ONCE THE DEFENDANT IS ON PROBATION AND THIS COURT HAS MADE

09:16:27 20   A RESTITUTION ORDER, RESTITUTION MUST BE PAID IN MONTHLY

09:16:31 21   PAYMENTS OF NOT LESS THAN $100, OR AT LEAST TEN PERCENT OF

09:16:35 22   EARNINGS, WHICHEVER IS GREATER, TO COMMENCE NO LATER THAN

09:16:38 23   60 DAYS FROM THE INSTITUTION -- FROM THE DETERMINATION OF AN

09:16:45 24   AMOUNT OF RESTITUTION OR PLACEMENT ON PROBATION, WHICHEVER IS

09:16:50 25   LATER.

09:16:51  1        ANY ESTABLISHED PAYMENT PLAN DOES NOT PRECLUDE ENFORCEMENT

09:16:54  2   EFFORTS BY THE UNITED STATES ATTORNEY'S OFFICE, IF THE

09:16:57  3   DEFENDANT HAS THE ABILITY TO PAY MORE THAN THE MINIMUM DUE.

09:17:00  4        THE RESTITUTION PAYMENT SHALL BE MADE TO THE CLERK OF THE

09:17:03  5   UNITED STATES DISTRICT COURT:  ATTENTION FINANCIAL UNIT.  450

09:17:10  6   GOLDEN GATE AVENUE, BOX 36060, SAN FRANCISCO, CA 94102.

09:17:16  7        MR. KALBASI, YOU MAY APPEAL YOUR CONVICTION CONSISTENT

09:17:19  8   WITH THE WAIVERS IN YOUR PLEA, AND IF YOU FEEL THAT YOUR PLEA

09:17:22  9   WAS SOMEHOW UNLAWFUL OR INVOLUNTARY OR THERE WAS SOME OTHER

09:17:26 10   FUNDAMENTAL DEFECT IN THE PROCEEDING THAT WAS NOT WAIVED BY

09:17:29 11   YOUR GUILTY PLEA.

09:17:30 12        ANY NOTICE OF APPEAL MUST BE FILED WITHIN 14 DAYS OF ENTRY

09:17:34 13   OF JUDGMENT OR WITHIN 14 DAYS OF FILING OF A NOTICE OF APPEAL

09:17:38 14   BY THE GOVERNMENT.

09:17:39 15        IF YOU CANNOT AFFORD TO PAY THE COST OF AN APPEAL, OR FOR

09:17:42 16   AN ATTORNEY TO REPRESENT YOU ON APPEAL, YOU HAVE THE RIGHT TO

09:17:45 17   APPLY FOR LEAVE TO APPEAL IN FORMA PAUPERIS WHICH MEANS THAT

09:17:50 18   YOU CAN ASK THE COURT TO WAIVE THE FILING FEE.  ON APPEAL, YOU

09:17:53 19   MAY APPLY FOR COURT APPOINTED COUNSEL.

09:17:56 20        I THINK THAT THE NEXT THING WE NEED TO DO IS SET A RETURN

09:17:59 21   DATE FOR A RESTITUTION HEARING.

09:18:04 22             MS. KNIGHT:  YOUR HONOR, JUST AS A HOUSEKEEPING

09:18:06 23    MATTER.

09:18:07 24        THE GOVERNMENT MOVES TO DISMISS COUNTS 1 AND 2 OF THE

09:18:10 25    INDICTMENT.

| | | |
|---|---|---|
| 09:18:10 | 1 | THE COURT:  THANK YOU.  THAT WILL BE GRANTED. |
| 09:18:12 | 2 | MR. BARTON:  I'M WONDERING IF THERE'S ANY |
| 09:18:15 | 3 | CLARIFICATION THE COURT CAN IMPOSE REGARDING THE NO CELL |
| 09:18:18 | 4 | PHONES. |
| 09:18:19 | 5 | DOES THIS PREVENT HIM FROM HAVING A NON-INTERNET ENABLED |
| 09:18:22 | 6 | CELL PHONE?  IS HE PROHIBITED FROM EVEN A FLIP PHONE DURING THE |
| 09:18:26 | 7 | TERM OF PROBATION? |
| 09:18:28 | 8 | THE COURT:  WHAT IS PROBATION'S DETERMINATION ON |
| 09:18:30 | 9 | THAT? |
| 09:18:30 | 10 | PROBATION OFFICER:  I'M SORRY, WHERE IS THAT |
| 09:18:32 | 11 | CONDITION? |
| 09:18:32 | 12 | MR. BARTON:  NUMBER 2 SAYS THAT HE CANNOT OWN ANY |
| 09:18:36 | 13 | ELECTRONIC DEVICE CAPABLE OF ACCESSING OR PROCESSING OR STORING |
| 09:18:42 | 14 | DATA, INCLUDING CELL PHONES. |
| 09:18:44 | 15 | AND I KNOW MR. KALBASI HAS AN IPHONE IN HIS POCKET RIGHT |
| 09:18:48 | 16 | NOW AND THAT THAT IS A VIOLATION OF HIS PROBATION.  AND I WANT |
| 09:18:55 | 17 | TO TRY TO CLARIFY THIS BEFORE IT BECOMES AN ISSUE. |
| 09:19:00 | 18 | PROBATION OFFICER:  YOUR HONOR, PROBATION IS OKAY |
| 09:19:01 | 19 | WITH MR. KALBASI HAVING A CELL PHONE. |
| 09:19:03 | 20 | THE COURT:  AND IPHONE WOULD BE ALLOWED THAT CAN |
| 09:19:07 | 21 | ACCESS THE INTERNET. |
| 09:19:08 | 22 | PROBATION OFFICER:  YES, YOUR HONOR. |
| 09:19:09 | 23 | MR. BARTON:  THANK YOU, YOUR HONOR. |
| 09:19:10 | 24 | THE COURT:  OKAY.  GOOD. |
| 09:19:11 | 25 | MS. KNIGHT, A RETURN DATE?  ARE WE LOOKING AT THE END OF |

09:19:26  1    AUGUST?

09:19:27  2            MS. KNIGHT:  I WAS LOOKING AT POSSIBILITY

09:19:29  3    AUGUST 22ND.

09:19:29  4            MR. BARTON:  I AM UNAVAILABLE THAT WEEK.

09:19:30  5        I RETURN THE FOLLOWING WEEK ON THE -- IS THE FIRST WEEK OF

09:19:35  6    SEPTEMBER AVAILABLE?

09:19:36  7            THE COURT:  SURE.  THE DAY AFTER LABOR DAY?

09:19:41  8            MR. BARTON:  THAT'S FINE.

09:19:42  9            MS. KNIGHT:  THAT'S FINE FOR THE GOVERNMENT,

09:19:45 10    YOUR HONOR.  SO THAT'S SEPTEMBER 5TH.

09:19:46 11            THE COURT:  AND THAT'S OKAY FOR US?

09:19:48 12            THE CLERK:  YES, YOUR HONOR.

09:19:49 13            THE COURT:  OKAY.  IS THAT GOING TO BE A HEARING, IS

09:19:52 14    THAT SOMETHING I NEED TO SPECIALLY SET?

09:19:54 15            MS. KNIGHT:  YOUR HONOR, I THINK WE CAN RESOLVE IT ON

09:19:56 16    THE PAPERS.  I DON'T THINK WE ARE GOING TO NEED TO HAVE AN

09:19:59 17    EVIDENTIARY HEARING.

09:20:00 18            THE COURT:  OKAY.  I WILL SET THAT AT 9:00 AND THAT

09:20:03 19    WILL BE ALREADY REGARDING RESTITUTION AND IF TESLA CHOOSES TO

09:20:06 20    SEND A REPRESENTATIVE, I WILL MAKE SURE THAT THERE'S AMPLE

09:20:09 21    OPPORTUNITY TO HEAR FROM TESLA AS WELL.  THAT WAS VERY HELPFUL

09:20:12 22    TODAY.

09:20:13 23            MR. BARTON:  AND CAN MR. KALBASI BE PERMITTED TO

09:20:15 24    APPEAR TELEPHONICALLY.

09:20:17 25            THE COURT:  ANY OBJECTION.

09:20:18  1          MS. KNIGHT:  ABSOLUTELY NOT, YOUR HONOR.

09:20:19  2          THE COURT:  OKAY.  TELEPHONE WILL BE FINE.  GOOD.

09:20:21  3    GOOD.  I THINK THAT'S FINE.

09:20:24  4       MR. KALBASI, I THINK YOU HAVE ALONG WAY TO GO TO REPAIR

09:20:30  5    THE DAMAGE THAT YOU'VE DONE TO TESLA, PERHAPS YOU CAN REPAY

09:20:36  6    THEM, TO YOUR CAREER, AND TO YOUR FAMILY, I THINK YOU HAVE A

09:20:41  7    LONG WAY TO GO.

09:20:43  8          ALL RIGHT.  I THINK THAT'S EVERYTHING FOR THIS MORNING.

09:20:45  9          MS. KNIGHT:  YES, YOUR HONOR.  THANK YOU.

09:20:46 10          MR. BARTON:  THANK YOU, YOUR HONOR.

09:20:47 11          PROBATION OFFICER:  THANK YOU.

09:20:48 12       (THE PROCEEDINGS WERE CONCLUDED AT 9:20 A.M.)

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 9/12/2017